(October 13, 1970)

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARL SCHOFIELD, Appellant.—

Concur — McGivern, J. P., Markewich, Steuer and Tilzer, JJ.

(October 15, 1970)

MILDRED I. SCHOENBAUM, Respondent, v. JERRY SCHOENBAUM, Appellant.—

Concur — Stevens, P. J., Eager, McGivern and Markewich, JJ.